# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Gezelle Guillard, *et al.*,

    Plaintiffs,

v.

Tom Pyle, *et al.*,

    Defendants.

Case No. 2:22-cv-1960

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

On August 24, 2022, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") granting Plaintiff's motion for leave to proceed in forma pauperis and recommending the Court dismiss some of the claims in Plaintiff's Amended Complaint. R&R, ECF No. 10. Specifically, the R&R recommended that the claims against Athens City Police, Athens County Children Services, Athens County [Sheriff's] [Department], Athens Municipal Courts, Campus Heights, City of Athens, Clerk of Courts, Mike DeWine, Carly Ferguson, Andrew Foster, Ron Hawk, Ross Holter, Ricky Hylsel, Derrick Johnson, Mandi Knowlton-Cain, Caitlyn McDaniel, Nick McGruder, Steve Patterson, Tom Pyle, Candy Russell, Jeff Skinner, Southeastern Ohio Legal Services, and Dave Yost be dismissed for failure to state a claim. *Id.* The R&R also recommended that claims against other Defendants, the "School Defendants," should proceed. *Id.* at 3. Jeff Skinner is listed among the "School

Defendants." *Id.* So, the R&R recommends that the claims against Jeff Skinner should both proceed and be dismissed. *Id.* at 5.

The R&R notified Plaintiff of her right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 5–6. The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED IN PART** as to all recommendations except those related to Jeff Skinner. The claims against Athens City Police, Athens County Children Services, Athens County Sheriff's Department, Athens Municipal Courts, Campus Heights, City of Athens, Clerk of Courts, Mike DeWine, Carly Ferguson, Andrew Foster, Ron Hawk, Ross Holter, Rickey Hylsel, Derrick Johnson, Mandi Knowlton-Cain, Caitlyn McDaniel, Nick McGruder, Steve Patterson, Tom Pyle, Candy Russell, Southeastern Ohio Legal Services, and Dave Yost are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

The Court has conducted a de novo review of the Amended Complaint as to only Jeff Skinner. From a review of the Complaint, Jeff Skinner clearly fits within the category of "School Defendants" outlined in the R&R: he was a teacher at the school allegedly involved in mistreatment of Plaintiff's child. *See generally* Amend Compl., ECF No. 8. So, for the same reasons explained more fully in the R&R, Plaintiff's claims against Jeff Skinner may proceed.

The Clerk is **DIRECTED** to terminate the above-listed Defendants and ECF No. 10.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**